James B. Lewis, # 297326
jim@jameslewislawoffice.com
P.O. Box 2832
Laguna Hills, CA  92654
(310) 903-8926 phone
(213) 403-5409 fax
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADRIAN P. AISPURO,<br>    Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI, Acting Commissioner of Social Security,<br>    Defendant. | Civil Action No. CV23-2206 AFM<br><br>[~~PROPOSED~~] ORDER FOR THE STIPULATION FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. §2412(d) |

Based upon the parties' Stipulation for the Award and Payment of Attorney Fees and Expenses Pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412(d),

IT IS ORDERED that attorney fees and expenses of $657.86 as authorized by 28 U.S.C. §2412(d), be awarded subject to the terms of the Stipulation.

DATED:    6/27/2023

_____
THE HONORABLE ALEXANDER F. MACKINNON
United States Magistrate Judge